# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2009

Marilyn Kelly,
Chief Justice

138146

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

DANIEL R. McCOLLUM,
      Plaintiff-Appellant,

v

                                                        SC: 138146
                                                        COA: 287098

ITT CORPORATION, INSURANCE
COMPANY OF NORTH AMERICA, LEAR
CORPORATION, ZURICH AMERICAN
INSURANCE COMPANY, and SECOND
INJURY FUND (VOCATIONALLY
HANDICAPPED PROVISIONS),
              Defendants-Appellees.

                                                            WCAC: 07-000226

_____/

      On order of the Court, the application for leave to appeal the December 17, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2009

0420

_____
Clerk